

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GONZOLLIS CHRISP | * | CASE NUMBER: 07-479-JJB-CN |
| VERSUS | * | JUDGE JAMES J. BRADY |
| DB TRUCKING, INC. | | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| GONZOLLIS CHRISP | * | CASE NUMBER: 07-733-JJB-CN |
| VERSUS | * | JUDGE JAMES J. BRADY |
| PHYLWAY CONSTRUCTION, INC. D/B/A PHYLWAY CONSTRUCTION, L.L.C. | * | MAGISTRATE JUDGE CHRISTINE A. NOLAND |

\* \* \* \* \* \* \* \*

## ORDER

Considering the attached Restrictive Motion to Dismiss Without Prejudice jointly submitted by counsel for plaintiff, Gonzollis Chrisp, and defendant Phylway Construction, Inc. d/b/a Phylway Construction, L.L.C.:

IT IS ORDERED that the motion be granted and that all claims of Gonzollis Chrisp as against defendant Phylway Construction, Inc. d/b/a Phylway Construction, L.L.C. are hereby dismissed, without prejudice, the said dismissal to be restrictive in nature, preserving and

1

maintaining all claims of Gonzollis Chrisp as against all remaining parties including without limitation DB Trucking, Inc.

Baton Rouge, Louisiana, this **19th** day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE