UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GONZOLLIS CHRISP            CIVIL ACTION NO.: 07-733-JJB-SCR

VERSUS

PHYL WAY CONSTRUCTION, INC.

**CONSOLIDATED WITH**

GONZOLLIS CHRISP            CIVIL ACTION NO.: 07-479-JJB-CN

VERSUS

DB TRUCKING, INC.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO EXTEND DEADLINES**

NOW INTO COURT, comes counsel for the plaintiff, Gonzollis Chrisp, who respectfully requests that the previously set discovery deadlines and dispositive motion deadlines be extended for the following reasons:

1.

Since the setting of all deadlines in this matter, counsel for the plaintiff has been unable to diligently proceed with discovery in this matter as a result of counsel's minor child's continued illnesses associated with epilepsy and the untimely death of counsel's teenage nephew in an automobile accident. Counsel has just returned to work on a full time basis and is in dire need of additional time to conduct discovery in this matter and for additional time for opposing counsel to file dispositive motions if necessary.

2.

Counsel's staff has contacted opposing counsel, Paul Bell, and advised him of the filing of this motion. Opposing counsel stated that he was not in a position to either oppose or consent to the motion, but he would advise as to his position on October 1, 2009.

WHEREFORE, counsel prays that this court grant an additional sixty (60) days to conduct discovery and that the dispositive motion deadline be refixed to a future date.

s/Shawn R. Bush
ANTHONY T. MARSHALL (24164)
SHAWN R. BUSH (25995)
12320 Louisiana Highway 44 Building 4, Ste. A
Gonzales, Louisiana 70737
Telephone: (225) 647-1015
Facsimile: (225) 647-6647

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel of record via fax and the court's electronic filing system this 30th day September, 2009.

/s/Shawn R. Bush