UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GONZOLLIS CHRISP | * | CIVIL ACTION |
| VERSUS | * | NO. 07-479-JJB-CN |
| | * | C/W 07-773-JJB-CN |
| DB TRUCKING, INC. | * | SECTION: M |
| | * | JUDGE JAMES J. BRADY |
| | | MAGISTRATE JUDGE |
| | | CHRISTINE NOLAND |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. Were you raised in any particular way on the subject of whether it was right or wrong to discriminate against people based upon their race?

2. Did your parents have any particular prejudice or bias against people of any race?

3. Do you think you grew up with any bias against people of any race?

4. Were you raised in a racially-integrated neighborhood?

5. What were your experiences in that neighborhood or with people who lived in the neighborhood who were of a different race?

6. Is the neighborhood you live in now integrated?

7. Have you had any bad experiences with people of a particular race?

8. Was the school you attended integrated?

9. What were your experiences with people of a given race at school?

10. Is the place where you work integrated?

11. What are your experiences in the workplace with people of a certain race?

12. What are your feelings about Affirmative Action?

13. Do you have any feeling that people of a given race are less competent at their jobs than other people?

14. Do you have any feeling that people of any race are lazier at their jobs than other people?

15. Do you have any feeling that people of any race are less trustworthy at their jobs than other people?

16. Is there anything going on in your life that would prevent you from being a fair and impartial juror in this matter.

Respectfully Submitted:

/s/Shawn R. Bush
Anthony T. Marshall (24164)
Shawn R. Bush (25995)
12320 Highway 44, Bldg, 4-A
Gonzales, LA 70737
(225) 647-1015
(225) 647-6647
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the court's electronic filing system this 24th day of May, 2010.

/s/ Shawn R. Bush